# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| MATTHEW DEWAYNE CAMPBELL, | Case No. 3:15-bk-01718 |
| ERIN KELLY CAMPBELL, | Chapter: 13 |
| | Judge: CHARLES M. WALKER |
| Debtors. | |

## ORDER TO APPROVE WORKERS' COMPENSATION SETTLEMENT

Upon consideration of Debtors' Motion to Approve Workers' Compensation Settlement, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed. It is therefore:

**ORDERED** the Debtor may settle his worker's compensation claim and enter into the Workers' Compensation Settlement Agreement.

**ORDERED** the Debtor be awarded the sum of $6,970.50 and the Debtor's settlement of the workers' compensation claim be paid to him free of claim of the Chapter 13 Trustee and creditor claims pursuant to T.C.A. §50-6-223.

**IT IS SO ORDERED.**

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

**Approved For Entry By:**

*/s/ L.G. Burnett, Jr.*
**L.G. Burnett, Jr., TN BPR #6463**
*Attorney for Debtors*
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
Telephone: 615-386-0075/Fax: 615-864-8419
Email: ecfmail@tennessee-bankruptcy.com